IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY KAY HAYS,

      Plaintiff,

v.                                                      CV 12-55 MCA/CG

LA CASA DE BUENA SALUD et al,

      Defendants.

## ORDER GRANTING MOTION TO EXTEND PRE-TRIAL DEADLINES

**THIS MATTER** comes before the Court on *Plaintiff's Unopposed Motion to Extend Pre-Trial Deadlines*, (Doc. 34). Plaintiff seeks to extend several pretrial deadlines by ninety days due to a personal tragedy suffered by Plaintiff's counsel. (*Id.* at 1-2). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that Plaintiff has demonstrated good cause for extending the discovery deadlines.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion to Extend Pre-Trial Deadlines*, (Doc. 34), be **GRANTED**.

**IT IS FURTHER ORDERED** that

    i) The deadline for Plaintiff to disclose any experts and expert reports shall be extended to August 31, 2012; and the deadline for Defendants to disclose any experts and expert reports shall be extended to September 30, 2012,

    ii) The deadline for the Parties to conclude discovery shall be extended to November 24, 2012;

    iii) The deadline to file motions relating to discovery (including, but not limited to,

motions to compel and motions for protective order) shall be extended to November 30, 2012;

iv) The deadline to file pretrial motions, other than discovery motions, shall be extended to December 21, 2012; and

v) The deadline for Plaintiff to submit a Pretrial Order to Defendants shall be extended to February 9, 2013; and the deadline for Defendants to file the consolidated Pretrial Order with the Court shall be extended to February 23, 2013.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE